# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Bruce Derrick Calhoun

V.                                                     **JUDGMENT IN A CIVIL CASE**

**SEE ATTACHED**

CASE NUMBER:   12cv2070 AJB (MDD)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court dismisses Plaintiff's Complaint and denies Plaintiff's motions for appointment of counsel and to proceed in forma pauperis as moot.

September 10, 2012                                             W. Samuel Hamrick, Jr.
_____                              _____
        Date                                                                          Clerk

                                                                              s/ C. Ecija
                                                                     _____
                                                                              (By) Deputy Clerk

                                                                     ENTERED ON September 10, 2012

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Derrick Calhoun,<br><br>Plaintiff,<br>v.<br><br>San Diego County; Huff; Brooks; Irma E. Gonzales; Sheriff Gore; U.S. Marshales; Court Security; San Diego Police Department; MTS; NBC San Diego; City Hall; Chase Bank; San Diego County Courthouse - Hall of Justice; Edward J. Schwartz United States Courthouse; Edward J. Schwartz Federal Building; Navy; Air Force; Army; CIA; NSA; OSI; White House; Naval Base Coronado; Justice Department; San Diego Sheriff Dept.; Sharp Hospital; VAMC Mission Valley; Vash Had Section 8; Dr. Frankel; Department of Veteran Affairs; Scott Davidson; Risk Management; Mayor Sanders; Governor Brown; President Obama; Homeland Security; Moskowitz; Samnartino; McCurine; Marines; USD; UCSD; SDSU; U.S. Grant; Plaza Hotel; Citizens Review Board on Police Practices; Victims Compensation Program; State Attorney; Social Security; Grand Jury; Chargers; Padres; Elite; Qualcom; Petco Park; Naval Base San Diego; General Dynamics; AT&T; Verizon; LG; Hyundai; Navy Federal Credit Union; Wells Fargo Bank; Citi Bank; Bank of America; Old Town Historical Park; Life Guards; Beach Patrol; Ralphs; Prudential; Remax; Symbolic Motor Car Company; ETC.,<br><br>Defendants. | Civil No. 12cv2070 AJB (MDD) |