# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Bruce Derrick Calhoun

V.  **JUDGMENT IN A CIVIL CASE**

SEE ATTACHED

CASE NUMBER:    12cv2070 AJB (MDD)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court dismisses Plaintiff's Complaint and denies Plaintiff's motions for appointment of counsel and to proceed in forma pauperis as moot.

| September 10, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ C. Ecija
(By) Deputy Clerk
ENTERED ON September 10, 2012

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Derrick Calhoun,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>San Diego County; Huff; Brooks; Irma E. Gonzales; Sheriff Gore; U.S. Marshales; Court Security; San Diego Police Department; MTS; NBC San Diego; City Hall; Chase Bank; San Diego County Courthouse - Hall of Justice; Edward J. Schwartz United States Courthouse; Edward J. Schwartz Federal Building; Navy; Air Force; Army; CIA; NSA; OSI; White House; Naval Base Coronado; Justice Department; San Diego Sheriff Dept.; Sharp Hospital; VAMC Mission Valley; Vash Had Section 8; Dr. Frankel; Department of Veteran Affairs; Scott Davidson; Risk Management; Mayor Sanders; Governor Brown; President Obama; Homeland Security; Moskowitz; Samnartino; McCurine; Marines; USD; UCSD; SDSU; U.S. Grant; Plaza Hotel; Citizens Review Board on Police Practices; Victims Compensation Program; State Attorney; Social Security; Grand Jury; Chargers; Padres; Elite; Qualcom; Petco Park; Naval Base San Diego; General Dynamics; AT&T; Verizon; LG; Hyundai; Navy Federal Credit Union; Wells Fargo Bank; Citi Bank; Bank of America; Old Town Historical Park; Life Guards; Beach Patrol; Ralphs; Prudential; Remax; Symbolic Motor Car Company; ETC.,<br><br>　　　　　　　Defendants. | Civil No. 12cv2070 AJB (MDD) |